## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ROBERT L. BATES,**

    **Petitioner,**                          **CASE NO. 2:09-CV-00582**
                                                  **JUDGE HOLSCHUH**
**v.**                                            **MAGISTRATE JUDGE ABEL**

**MICHAEL SHEETS, Warden,**

    **Respondent.**

### OPINION AND ORDER

On January 7, 2009, final judgment was entered dismissing the instant habeas corpus petition pursuant to 28 U.S.C. §2254 as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). On February 9, 2010, the Court denied petitioner's request for a certificate of appealability. Doc. No. 13. This matter now is before the Court on petitioner's March 8, 2010, request for a certificate of appealability and his April 20, 2010, motion to proceed *in forma pauperis* on appeal. Doc. Nos. 16, 18. For the reasons that follow, petitioner's request for a certificate of appealability and his motion to proceed *in forma pauperis* on appeal, Doc. Nos. 16, 18, are **DENIED**.

Petitioner seeks a certificate of appealability on this Court's order denying his request for a certificate of appealability of the final judgment dismissing his §2255 motion. However, petitioner may challenge this Court's denial of his request for a certificate of appealability in the United States Court of Appeals for the Sixth Circuit. See 28 U.S.C. 2253(c)(1); Federal Rule of Appellate Procedure 22.

> Under AEDPA, a defendant must have a COA to appeal the denial of §2255 petition. 28 U.S.C. §2253(c)(1). Defendant cannot avoid the requirement by failing to seek a certificate. Ordinarily, when the petitioner seeks to appeal from the § 2255 denial the district judge will determine whether to issue the certificate and on what issues. If denied, the petitioner may request a certificate from the court of appeals. Rule 22(b)(2) provides that when an appellant fails to file an express request for a COA, the notice of appeal constitutes such a request to the judges of the court of appeals.

*United States v. Cruz*, 108 Fed.Appx. 346, 348, unpublished, 2004 WL 1888787 *1 (6th Cir. August 20, 2004). Therefore, petitioner's request for a certificate of appealability, Doc. No. 16, is **DENIED.**

Petitioner's motion to proceed *in forma pauperis,* Doc. No. 18, on appeal also is **DENIED.** Pursuant to 28 U.S.C. §1915(a)(3), an appeal may not be taken *in forma pauperis* if the appeal is not taken in good faith. Federal Rule of Appellate Procedure 24(a)(3)(A) also provides:

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court-before or after the notice of appeal is filed-certifies that the appeal is not taken in good faith[.]

*Id.* In addressing this standard, another court has explained:

> The good faith standard is an objective one. *Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.* Accordingly, it would be inconsistent for a district court to determine that a complaint is too frivolous to be

served, yet has sufficient merit to support an appeal *in forma pauperis. See Williams v. Kullman*, 722 F.2d 1048, 1050 n. 1 (2d Cir.1983).

*Frazier v. Hesson*, 40 F.Supp.2d 957, 967 (W.D.Tenn. 1999). However,

> "the standard governing the issuance of a certificate of appealability is more demanding than the standard for determining whether an appeal is in good faith." *U.S. v. Cahill-Masching*, 2002 WL 15701, * 3 (N.D.Ill. Jan. 4, 2002). "[T]o determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 631 (7th Cir.2000).

*Penny v. Booker,* No. 05-70147, 2006 WL 2008523, at *1 (E.D. Michigan, July 17, 2006).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that the appeal is not in good faith. Petitioner's request for a certificate of appealability, Doc. No. 16, as well as his request to proceed *in forma pauperis* on appeal, Doc. No. 18, therefore are **DENIED.**

**IT IS SO ORDERED.**

Date: June 15, 2010                    **/s/ John D. Holschuh**
                                       JOHN D. HOLSCHUH
                                       United States District Judge